■ In the Matter of Henry J. Clay, Jr. (Admitted as Henry Jones Clay, Jr.), a Suspended Attorney. [654 NYS2d 282] —Motion granted only to the extent of extending the effective date of respondent's suspension to February 7, 1997, and otherwise denied. No opinion. Concur—Sullivan, J. P., Nardelli, Rubin, Tom and Andrias, JJ.